# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEWAGE, INC., et al.,[1] | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 8, 2022 AT 10:30 A.M. (PREVAILING EASTERN TIME)**

> **This hearing will be conducted in-person.** **Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than November 8, 2022 at 8:00 a.m.**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdu6rrzIqHLW--y4z9CKee0wO4lmeUWc
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**UNCONTESTED MATTERS WITH ORDERS ENTERED:**

1. Application of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 327 and 328(A), Fed. R. Bankr. P. 2014 And 5002, and Local Rules 2014-1 and 2016-2 Authorizing Retention and Employment of Grant Thornton LLP to Provide Tax Services to the Debtors Effective as of September 10, 2022 [Docket No. 215, Filed October 12, 2022]

   Response Deadline: October 26, 2022 at 4:00 p.m.

   Response(s) Received: None.

   Related Documents:

   A. Certificate of No Objection [Docket No. 244, Filed November 1, 2022]

   B. Order Pursuant To 11 U.S.C. §§ 327 And 328(a), Fed. R. Bankr. P. 2014

---

[1] The last four digits of each of the Debtors' federal tax identification number are NewAge, Inc. (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

        And 5002, And Local Rules 2014-1 And 2016-2 Authorizing Retention And Employment Of Grant Thornton LLP To Provide Tax Services To The Debtors Effective as of September 10, 2022 [Docket No. 248, Filed November 2, 2022]

    Status: An order has been entered. No hearing is necessary.

2. Application of Official Committee of Unsecured Creditors for Order Pursuant To 11 U.S.C. §§ 328(a) And 1103 Authorizing And Approving The Employment And Retention Of Cole Schotz P.C. As Counsel To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To September 16, 2022 [Docket No. 215, Filed October 14, 2022]

    Response Deadline: October 28, 2022 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

        A. Notice of Supplemental Declaration in Support of Application of Official Committee of Unsecured Creditors for an Order Pursuant to 11 U.S.C. §§ 328(A) and 1103 Authorizing and Approving the Employment and Retention of Cole Schotz P.C. as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to September 16, 2022 [Docket No. 235, Filed October 25, 2022]

        B. Certificate of No Objection [Docket No. 241, Filed October 31, 2022]

        C. Order Pursuant To 11 U.S.C. §§ 328(a) And 1103 Authorizing And Approving The Employment And Retention Of Cole Schotz P.C. As Counsel To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To September 16, 2022 [Docket No. 246, Filed November 2, 2022]

    Status: An order has been entered. No hearing is necessary.

**UNCONTESTED MATTERS UNDER CNO:**

3. Application of Official Committee of Unsecured Creditors of NewAge, Inc. *et al.* to Retain And Employ Dundon Advisers LLC As Financial Advisor *Nunc Pro Tunc* To September 16, 2022 [Docket No. 216, Filed October 14, 2022]

    Response Deadline: October 28, 2022 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

        A. Certificate of No Objection [Docket No. 242, Filed October 31, 2022]

   B. Order Authorizing The Official Committee Of Unsecured Creditors Of NewAge, Inc., *et al.* To Retain And Employ Dundon Advisers LLC As Financial Advisor *Nunc Pro Tunc* To September 16, 2022 [Docket No. 247, Filed November 2, 2022]

 Status: This matter is going forward at the request of the Court.

4. Motion of the Debtors for Entry of an Order Authorizing the Retention and Payment of Professionals Utilized by the Debtors in the Ordinary Course of Business[Docket No. 237, Filed October 25, 2022]

  Response Deadline: November 1, 2022 at 4:00 p.m.

  Response(s) Received:  None.

  Related Documents:

   A. Certificate of No Objection [Docket No. 250, Filed November 4, 2022]

Status: A certificate of no objection has been filed. No hearing is necessary unless the Court has questions on this matter.

## **UNCONTESTED MATTER GOING FORWARD:**

5. Motion of the Debtors for Entry of an Order (I) Fixing Deadlines for Filing Proofs of Claim, and (II) Approving the Form and Manner of Notice Thereof [Docket No. 238, Filed October 25, 2022]

  Response Deadline: November 1, 2022 at 4:00 p.m.

  Response(s) Received:

   A. Informal comments from the Committee.

  Related Documents: None at this time.

Status: The Debtors have resolved the informal comments received. Upon submission of a supplement to the Motion, the Debtors anticipate filing a revised proposed order under certification.   This matter is going forward.

Dated: November 4, 2022      GREENBERG TRAURIG, LLP

            /s/ Dennis A. Meloro
            Anthony W. Clark (DE Bar No. 2051)
            Dennis A. Meloro (DE Bar No. 4435)
            1007 North Orange Street, Suite 1200
            Wilmington, Delaware 19801
            Telephone: (302) 661-7000

       Facsimile:  (302) 661-7360
       Email:  Anthony.Clark@gtlaw.com
              Dennis.Meloro@gtlaw.com
-and-

Annette Jarvis (admitted pro hac vice)
Michael F. Thomson  (admitted pro hac vice)
Peggy Hunt  (admitted pro hac vice)
Carson Heninger (admitted pro hac vice)
222 S. Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
Facsimile:  (801) 303-7397
Email: JarvisA@gtlaw.com
       ThomsonM@gtlaw.com
       HuntP@gtlaw.com
       Carson.Heninger@gtlaw.com

-and-

Alison Elko Franklin  (admitted pro hac vice)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile:  (678) 553-2212
Email:  Alison.Franklin@gtlaw.com

Counsel for the Debtors and Debtors in Possession

*ADMIN 682274284v2*