# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEWAGE, INC., et al.,[1] | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 18, 2022 AT 9:30 A.M. (PREVAILING EASTERN TIME)

> **This hearing will be conducted in-person. Any exceptions must be approved by chambers.**
>
> **Parties may observe the hearing remotely by registering with the Zoom link below no later than November 18, 2022 at 8:00 a.m.**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItd-6urDgvG-tFJVAqI_OIk0lqh4APW28
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## UNCONTESTED MATTER GOING FORWARD:

1. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Effectuate the Sale of Property of NewAge's Wholly-Owned, Non-Debtor Subsidiaries, (II) Authorizing the Assumption and Assignment of a Lease, and (III) Granting Related Relief [Docket No. 261, Filed November 7, 2022]

    Response Deadline: November 17, 2022 at 4:00 p.m.

    Response(s) Received:

    A. None.

    Related Documents:

    A. Order Granting Expedited Consideration of Debtors' DSD Sale Motion [Docket No. 264, Filed November 8, 2022]

---

[1] The last four digits of each of the Debtors' federal tax identification number are NewAge, Inc. (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

  B. Notice of Motion to Sell DSD Business and Assumption and Assignment of Lease [Docket No. 267, Filed November 8, 2022]

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: November 16, 2022 | GREENBERG TRAURIG, LLP |

/s/ Dennis A. Meloro
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: Anthony.Clark@gtlaw.com
   Dennis.Meloro@gtlaw.com
-and-

Annette Jarvis (admitted *pro hac* vice)
Michael F. Thomson (admitted *pro hac* vice)
Peggy Hunt (admitted *pro hac* vice)
Carson Heninger (admitted *pro hac* vice)
222 S. Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
Facsimile: (801) 303-7397
Email: JarvisA@gtlaw.com
   ThomsonM@gtlaw.com
   HuntP@gtlaw.com
   Carson.Heninger@gtlaw.com

-and-

Alison Elko Franklin (admitted *pro hac* vice)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: Alison.Franklin@gtlaw.com

Counsel for the Debtors and Debtors in Possession

*ADMIN 682312149v1*