UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NEWAGE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 case<br><br>Case No. 22-10819 (LSS)<br><br>(Jointly Administered)<br><br>**Ref Docket No.** ____ |

ORDER GRANTING MOTION TO ENFORCE SALE ORDER AND
CONTINUED PERFORMANCE OF ASSUMED CONTRACTS

Upon the Motion to Enforce Sale Order and Continued Performance of Assumed Contracts ("Motion to Enforce")[2] filed by DIP Financing, LLC and EYWA LLC ("EYWA") (collectively, "Purchaser"), along with entities conveyed as part of the Purchaser's purchase and sale of assets and operating entities (collectively, the "Operating Parties"), and this Court being fully advised of the premises, it is hereby

**ORDERED**

1.     The Motion to Enforce is GRANTED.

2.     In order to implement and enforce the terms and provisions of this Court's Sale Order, the counter parties to service agreements and contracts sold to the Purchaser or assumed by the Debtors and Assigned to the Purchaser, including but not limited to Bank of America; Chase Paymentech Europe Limited (a subsidiary of JP Morgan Chase Bank, NA); HSBC Bank USA, National Association; and Digital River World Payments, Inc., are precluded from altering, refusing, or discontinuing services to, or discriminating against, the Purchaser or the Operating

---

[1] The last four (4) digits of each of the Debtors' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188) (collectively, the "Debtors"). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion

2

Parties (as defined in the Motion to Enforce) on the basis of these chapter 11 cases or the acquisition of contract rights via the Sale Order and the Bankruptcy Code.

3. The Purchaser is authorized to take any and all actions necessary to effectuate the relief granted herein.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.