**<u>Exhibit A</u>**

**Proposed Order**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEWAGE, INC., *et al.*,[1] | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Doc. No. ___** |

## ORDER FURTHER ENLARGING THE TIME WITHIN
## WHICH TO FILE NOTICES OF REMOVAL

Upon the *Debtors' Second Motion for Entry of an Order Further Enlarging the Time Within Which to File Notices of Removal* (the "**Motion**");[2] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having jurisdiction to enter a final order consistent with Article III of the United States Constitution; and venue of the Chapter 11 Cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having held a hearing (the "**Hearing**") to consider the relief requested in the Motion; and the Court having determined that there is good and sufficient cause for the relief set forth in this order (the "**Order**"); and after due deliberation thereon,

**IT IS HEREBY ORDERED THAT**:

---

[1] The last four (4) digits of each of the Debtors' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

1.      The Motion is **GRANTED** as set forth herein.

2.      The deadline by which the Debtors must file notices of removal under Bankruptcy Rule 9027(a) is hereby extended through (a) April 28, 2023 or (b) such later date prescribed by Bankruptcy Rule 9027(a)(2) and (a)(3).

3.      The Order is without prejudice to the Debtors' right to seek further extensions of time within which to remove civil actions.

4.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to the Order in accordance with the Motion.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of the Order.