**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEWAGE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10819 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: TBD**<br>**Objection Deadline: March 13, 2023 at 4:00 p.m.** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on August 30, 2022 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their business and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on February 27 2023, the Debtors filed the *Debtors' Second Motion for Entry of an Order Enlarging the Time Within Which to File Notices of Removal* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 13, 2023, AT 4:00 P.M. PREVAILING EASTERN TIME**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, NewAge, Inc., 355 S. Grand Avenue, Suite 1450, Los Angeles, CA 90071, Attn: Larry Perkins (lperkins@scpllc.com) and Carl Moore (cmoore@scpllc.com); (ii) counsel for the Debtors, Greenberg Traurig, LLP, 222 S. Main St., Suite 1730, Salt Lake City, UT 84101 (Attn: Dennis A. Meloro (Dennis.Meloro@gtlaw.com), Annette Jarvis (JarvisA@gtlaw.com), Michael F. Thomson (ThomsonM@gtlaw.com), and Carson Heninger (Carson.Heninger@gtlaw.com)); (iii) counsel to the Official Committee of Unsecured Creditors, (a) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410 Wilmington, DE 19801, Attn: Justin R. Alberto (jalberto@coleschotz.com) and Jack M. Dougherty (jdougherty@coleschotz.com) and (b) Cole Schotz P.C., 1325 Avenue of the Americas, 19th Floor New York, NY 10019, Attn: Warren A. Usatine (wusatine@coleschotz.com), Seth Van Aalten (svanaalten@coleschotz.com) and Sarah A. Carnes (scarnes@coleschotz.com); and (iv) the United States Trustee for the District of Delaware, 844 N. King Street, Room 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: John Schanne (John.Schanne@usdoj.gov).

---

[1] The last four (4) digits of each of the Debtors' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

ACTIVE 685328251v3

**PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED PREVAILING EASTERN TIME BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

| | |
|---|---|
| February 27, 2023 | **GREENBERG TAURIG, LLP**<br><br>/s/ Dennis A. Meloro<br>Anthony W. Clark (DE Bar No. 2051)<br>Dennis A. Meloro (DE Bar No. 4435)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile:  (302) 661-7360<br>Email:  Anthony.Clark@gtlaw.com<br>            Dennis.Meloro@gtlaw.com<br><br>-and-<br><br>Annette Jarvis (admitted *pro hac vice*)<br>Michael F. Thomson (admitted *pro hac vice*)<br>Carson Heninger (admitted *pro hac vice*)<br>222 S. Main Street, Suite 1730<br>Salt Lake City, Utah 84101<br>Telephone: (801) 478-6900<br>Facsimile:  (801) 303-7397<br>Email: JarvisA@gtlaw.com<br>          ThomsonM@gtlaw.com<br>          Carson.Heninger@gtlaw.com<br><br>-and-<br><br>Alison Elko Franklin (admitted *pro hac vice*)<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, Georgia 30305<br>Telephone: (678) 553-2100<br>Facsimile:  (678) 553-2212<br>Email:  Alison.Franklin@gtlaw.com<br><br>*Counsel for the Debtors and Debtors in Possession* |