**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NEWAGE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11 case<br><br>Case No. 22-10819 (LSS)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 513**<br><br>**Objection Deadline: March 15, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: March 22, 2023 at 10:00 a.m.** |

**NOTICE OF HEARING ON PURCHASER'S MOTION TO ENFORCE SALE ORDER
AND CONTINUED PERFORMANCE OF ASSUMED CONTRACTS**

**PLEASE TAKE NOTICE** that on February 24, 2023, DIP Financing, LLC and EYWA LLC ("EYWA") (collectively, "Purchaser"), along with entities conveyed as part of the Purchaser's purchase and sale of assets and operating entities (collectively, the "Operating Parties") filed the *Purchaser's Motion to Enforce Sale Order and Continued Performance of Assumed Contracts* [Docket No. 513] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court and served upon and received by the undersigned counsel on or before on **March 15, 2023 at 4:00 p.m. (Prevailing Eastern Time).** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four (4) digits of each of the Debtors' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188) (collectively, the "Debtors"). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, on **March 22, 2023 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated: March 3, 2023

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Steven W. Golden*
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100
Facsimile: (302) 652-4400
sgolden@pszjlaw.com

**SHUMAKER, LOOP & KENDRICK, LLP**

By: */s/ Steven M. Berman, Esq.*
Steven M. Berman, Esq.
Fla. Bar No.: 856290
sberman@shumaker.com
bgasaway@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone: (813) 229-7600

*Counsel for the Movants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2023, the foregoing has been furnished electronically to all parties receiving notice via CM/ECF and to the following:

| | |
|---|---|
| Bank of America<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801 | Chase Paymentech Europe Limited<br>EastPointPlaza<br>2nd Floor<br>EastPoint Business Park<br>Dublin 3, Ireland |
| HSBC Bank USA, National Association<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | JP Morgan Chase & Co.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801 |
| | Digital River World Payments, Inc.<br>c/o Corporation Service Company<br>2345 Rice Street, Suite 230<br>Roseville, MN |

/s/ *Steven W. Golden*
**Attorney**

DOCS_DE:242535.1 09244/001