UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NEWAGE, INC., *et al.*,[1] | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS'
SECOND MOTION FOR ENTRY OF AN ORDER ENLARGING THE
TIME WITHIN WHICH TO FILE NOTICES OF REMOVAL**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies that:

1. On August 30, 2022, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

2. On February 27, 2023, the Debtors filed the *Debtors' Second Motion for Entry of an Order Enlarging the Time Within Which to File Notices of Removal* [Docket No. 520] (the "**Motion**").

3. Pursuant to the *Notice of Motion*, objections to the relief sought in the Motion were due on March 13, 2023. No comments or objections were received.

4. The Debtors therefore request that the Court enter the proposed order attached as Exhibit A to the Motion at its earliest convenience. Counsel is available at the request of the Court.

---

[1] The last four digits of each of the Debtors' federal tax identification number are NewAge, Inc. (2263), Ariix LLC (9011), and Morinda, Inc. (9188). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

ADMIN 685951325v1

Dated: March 20, 2023            GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: Anthony.Clark@gtlaw.com
       Dennis.Meloro@gtlaw.com
-and-

Annette Jarvis (*admitted pro hac vice*)
Michael F. Thomson (*admitted pro hac vice*)
Carson Heninger (*admitted pro hac vice*)
222 S. Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
Facsimile: (801) 303-7397
Email: JarvisA@gtlaw.com
      ThomsonM@gtlaw.com
      Carson.Heninger@gtlaw.com

-and-

Alison Elko Franklin (*admitted pro hac vice*)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
Email: Alison.Franklin@gtlaw.com

*Counsel for the Debtors and Debtors in Possession*