**Amended**
**<u>Schedule A</u>**

**Executory Contracts and Unexpired Leases Subject to Assumption and Assignment**

| # | Counterparty | Debtor Counterparty | Description of Contract or Lease | Cure Amount |
|---|---|---|---|---|
| 1 | Addisons | ARIIX, LLC | Engagement Agreement | $ - |
| 2 | Aigul Soltanbek | ARIIX, LLC | Wellness Council Member Agreement | $ - |
| 3 | Anderson Mori & Tomotsune | ARIIX, LLC | Engagement Agreement | $ - |
| 4 | Aquamira Technologies, Inc. | ARIIX, LLC | Supplier Agreement | $ - |
| 5 | ARIIX Australia Pty Limited | ARIIX, LLC | Licensing and Sales Intercompany Agreement | $ - |
| 6 | ARIIX Australia Pty Limited | ARIIX, LLC | Management Services Intercompany Agreement | $ - |
| 7 | ARIIX Australia Pty Limited | ARIIX, LLC | Sales and Distribution Intercompany Agreement | $ - |
| 8 | ARIIX Australia Pty Limited | ARIIX, LLC | Trademark Licensing Intercompany Agreement | $ - |
| 9 | ARIIX Canada Operations ULC | ARIIX, LLC | Licensing and Sales Intercompany Agreement | $ - |
| 10 | ARIIX Canada Operations ULC | ARIIX, LLC | Management Services Intercompany Agreement | $ - |
| 11 | ARIIX Canada Operations ULC | ARIIX, LLC | Sales and Distribution Intercompany Agreement | $ - |
| 12 | ARIIX Canada Operations ULC | ARIIX, LLC | Trademark Licensing Intercompany Agreement | $ - |
| 13 | ARIIX Europe B.V. | ARIIX, LLC | Licensing and Sales Intercompany Agreement | $ - |
| 14 | ARIIX Europe B.V. | ARIIX, LLC | Management Services Intercompany Agreement | $ - |
| 15 | ARIIX Europe B.V. | ARIIX, LLC | Sales and Distribution Intercompany Agreement | $ - |
| 16 | ARIIX Europe B.V. | ARIIX, LLC | Trademark Licensing Intercompany Agreement | $ - |
| 17 | ARIIX Japan G.K. | ARIIX, LLC | Licensing and Sales Intercompany Agreement | $ - |
| 18 | ARIIX Japan G.K. | ARIIX, LLC | Management Services Intercompany Agreement | $ - |
| 19 | ARIIX Japan G.K. | ARIIX, LLC | Sales and Distribution Intercompany Agreement | $ - |
| 20 | ARIIX Japan G.K. | ARIIX, LLC | Trademark Licensing Intercompany Agreement | $ - |
| 21 | ARIIX Malta Holdings Ltd | ARIIX, LLC | IP Rights Licensing Framework Agreement | $ - |
| 22 | ARIIX Malta Ltd | ARIIX, LLC | IP Rights Licensing Framework Agreement | $ - |
| 23 | ARIIX UK Limited | ARIIX, LLC | Licensing and Sales Intercompany Agreement | $ - |
| 24 | ARIIX UK Limited | ARIIX, LLC | Management Services Intercompany Agreement | $ - |
| 25 | ARIIX UK Limited | ARIIX, LLC | Sales and Distribution Intercompany Agreement | $ - |
| 26 | ARIIX UK Limited | ARIIX, LLC | Trademark Licensing Intercompany Agreement | $ - |
| 27 | ARIIX, Inc. | ARIIX, LLC | IP Rights Licensing Framework Agreement | $ - |
| 28 | Ballard Spahr, LLP | ARIIX, LLC | Engagement Agreement | $ - |
| 29 | Bona Law, PC | ARIIX, LLC | Engagement Agreement | $ - |
| 30 | CBZ Dynamics, LLC | ARIIX, LLC | Rewards Website Development, License, and Deployment Agreement | $ - |
| 31 | Courtney Cavanagh | ARIIX, LLC | Photograph, Video, and Publicity Consent and Release | $ - |
| 32 | CSV Legal | ARIIX, LLC | Engagement Agreement | $ - |
| 33 | Customer Expressions Corporation (i-sight) | ARIIX, LLC | Hosted Services and Access Agreement | $ - |
| 34 | Deb Kimball | ARIIX, LLC | Wellness Council Member Agreement | $ - |
| 35 | Dell Marketing L.P. | ARIIX, LLC | Dell Cloud Solutions Agreement | $ - |
| 36 | Direct Selling Global News Ltd. | ARIIX, LLC | Service Agreement | $ - |
| 37 | doTerra Holdings, LLC | ARIIX, LLC | Trademark Coexistence Agreement | $ - |
| 38 | Dr. Cathrin Marshall | ARIIX, LLC | Wellness Council Member Agreement | $ - |
| 39 | Draco Associates Ltd | ARIIX, LLC | Agreement | $ - |
| 40 | Dragon Sino Ltd Hk | ARIIX, LLC | Power of Attorney | $ - |
| 41 | Enlinx, LLC | ARIIX, LLC | Master Agreement for Fulfillment, Distribution, and Warehouse Services | $ - |
| 42 | Fedex Trade Networks Transport & Brokerage, Inc. | ARIIX, LLC | Customs Power of Attorney and Designation as Export Forwarding Agent | $ - |
| 43 | FLSmidth, Inc. | ARIIX, LLC | Commercial Lease Agreement | $ - |
| 44 | Gnosis USA, Inc. | ARIIX, LLC | Authorization to Use the "Quatrefolic" Trademark | $ - |
| 45 | Hallett & Perrin PC | ARIIX, LLC | Engagement Agreement | $ - |
| 46 | HSI USA, Inc. | ARIIX, LLC | Services Agreement | $ - |
| 47 | Husch Blackwell | ARIIX, LLC | Engagement Agreement | $ - |
| 48 | International Payout Systems, Inc. | ARIIX, LLC | Service Agreement | $ - |
| 49 | ipCapital Group | ARIIX, LLC | Engagement Agreement | $ - |
| 50 | Kaneka North America, LLC | ARIIX, LLC | License Agreement | $ - |
| 51 | Kount, Inc. | ARIIX, LLC | Kount Master Services Agreement | $ - |
| 52 | KPMG, LLP | ARIIX, LLC | Engagement Agreement | $ - |
| 53 | Kunzler Bean & Adamson | ARIIX, LLC | Engagement Agreement | $ - |
| 54 | Law Offices of Dixon H. Fung | ARIIX, LLC | Engagement Agreement | $ - |
| 55 | Lehman Lee & Xu | ARIIX, LLC | Engagement Agreement | $ - |
| 56 | Lighthouse Document Technologies, Inc. | ARIIX, LLC | Services Agreement | $ - |
| 57 | Lilac Co. Ltd. Inc. | ARIIX, LLC | Business Transfer Agreement | $ - |
| 58 | LODC, Inc. | ARIIX, LLC | Working Agreement | $ - |
| 59 | Medicine Alpha Co., Ltd. | ARIIX, LLC | Basic Purchase and Sale Contract | $ - |
| 60 | Medicos International, Inc. | ARIIX, LLC | Consulting Service Agreement | $ - |
| 61 | Michael Lehfeldt | ARIIX, LLC | Wellness Council Member Agreement | $ - |
| 62 | Nanobiotech Holdings LLC | ARIIX, LLC | Indemnification Agreement | $ - |
| 63 | Natalie Chou | ARIIX, LLC | Wellness Council Member Agreement | $ - |
| 64 | Nikki O'Dea | ARIIX, LLC | Wellness Council Member Agreement | $ - |
| 65 | Nutri Labs, LLC | ARIIX, LLC | Manufacturing Agreement | $ - |
| 66 | Oracle America, Inc. | ARIIX, LLC | Annual Service/Support Contract | $ - |
| 67 | Philip Lee | ARIIX, LLC | Engagement Agreement | $ - |
| 68 | Polsinelli PC | ARIIX, LLC | Engagement Agreement | $ - |
| 69 | Quaole | ARIIX, LLC | Quaole | $ - |
| 70 | Reese Richards, PLLC | ARIIX, LLC | Engagement Agreement | $ - |
| 71 | Regulatory Concepts Pty Ltd | ARIIX, LLC | Agreement for Services | $ - |
| 72 | SBS Legal | ARIIX, LLC | Engagement Agreement | $ - |
| 73 | SCA Asesores S.A. | ARIIX, LLC | Engagement Agreement | $ - |
| 74 | Scheinberg & Associates | ARIIX, LLC | Engagement Agreement | $ - |
| 75 | SOR Technology LLC | ARIIX, LLC | SOR Technology LLC | $ - |
| 76 | Sufiyanov Renat Rakipovich | ARIIX, LLC | Engagement Agreement | $ - |
| 77 | Tilleke & Gibbins | ARIIX, LLC | Engagement Agreement | $ - |
| 78 | TM Cloud, Inc. | ARIIX, LLC | Standard System Agreement | $ - |
| 79 | Toni Miller | ARIIX, LLC | Wellness Council Member Agreement | $ - |
| 80 | Univers, K.K. | ARIIX, LLC | Merger Agreement | $ - |
| 81 | UST | ARIIX, LLC | Manufacturing and Supply Agreement | $ - |
| 82 | VDF FutureCeuticals, Inc. | ARIIX, LLC | Dermaval Trademark License and Raw Materials Supply Agreement | $ - |

| # | Counterparty | Debtor Counterparty | Description of Contract or Lease | Cure Amount |
|---|---|---|---|---|
| 83 | Walker Morris | ARIIX, LLC | Engagement Agreement | $ - |
| 84 | Wellman and Warren LLP | ARIIX, LLC | Engagement Agreement | $ - |
| 85 | World Exchange, Inc. | ARIIX, LLC | Customs Power of Attorney | $ - |
| 86 | Agilent Servicos Administrativos Ltda. | Morinda Holdings, Inc. | Services Agreement | $ - |
| 87 | DSV Air & Sea, Inc. | Morinda Holdings, Inc. | Shipper-Broker Agreement | $ - |
| 88 | Lexis Nexis | Morinda Holdings, Inc. | Subscription Agreement | $ - |
| 89 | Oracle America, Inc. | Morinda Holdings, Inc. | Master Agreement and other agreements | $ - |
| 90 | Select Health, Inc. | Morinda Holdings, Inc. | Administrative Services Agreement | $ - |
| 91 | Sun Life Assurance Company of Canada (US Branch) | Morinda Holdings, Inc. | Stop-Loss Policy | $ - |
| 92 | TCI Co., Ltd. | Morinda Holdings, Inc. | Asset Purchase Agreement | $ - |
| 93 | American Fruits and Flavors, LLC | Morinda, Inc. | License Agreement | $ - |
| 94 | American Registry for Internet Numbers | Morinda, Inc. | IP Address Administration | $ - |
| 95 | AT&T Mobility National Accounts, LLC | Morinda, Inc. | Corporate Digital Advantage Agreement | $ - |
| 96 | B. Kolormakeup & Skincare S.P.A. SB Benefit Corporation | Morinda, Inc. | B. Kolormakeup & Skincare S.P.A. SB Benefit Corporation Agreement | $ - |
| 97 | Buhler Thomas Law | Morinda, Inc. | Engagement Agreement | $ - |
| 98 | Carrier Consulting, Inc. | Morinda, Inc. | Retail Customer Agreement | $ - |
| 99 | Citrix Systems, Inc. | Morinda, Inc. | Annual Service/Support Contract | $ 14,864.85 |
| 100 | Citrix Systems, Inc. | Morinda, Inc. | Citrix Subscription | $ - |
| 101 | Digital River World Payments, Inc. | Morinda, Inc. | Master Services Agreement | $ - |
| 102 | Direct Selling Association | Morinda, Inc. | Membership Agreement | $ - |
| 103 | Embria Health Sciences, LLC | Morinda, Inc. | Trademark License Agreement | $ - |
| 104 | ESHA Research, Inc. | Morinda, Inc. | Genesis Priority Support | $ - |
| 105 | Global Software, LLC | Morinda, Inc. | Software License Master Terms | $ - |
| 106 | Hero AG | Morinda, Inc. | Settlement Agreement | $ - |
| 107 | Hiro Sake, LLC | Morinda, Inc. | Coexistence Agreement | $ - |
| 108 | Incapsula, Inc. | Morinda, Inc. | Services Agreement | $ - |
| 109 | Isosmotic, LLC | Morinda, Inc. | Private Label Manufacturing and Supply Agreement | $ - |
| 110 | Iss Corporate Solutions, Inc | Morinda, Inc. | Letter Agreement | $ - |
| 111 | Kirton McConkie | Morinda, Inc. | Engagement Agreement | $ - |
| 112 | LogMeIn, Inc. | Morinda, Inc. | Subscription Agreement | $ - |
| 113 | MetaBev, Inc. | Morinda, Inc. | Service Provider Agreement | $ - |
| 114 | Microsoft Corporation | Morinda, Inc. | Annual Service/Support Contract | $ - |
| 115 | Microsoft Corporation | Morinda, Inc. | Master Agreement | $ - |
| 116 | Morinda Japan G.K. | Morinda, Inc. | Intercompany Loan Agreement | $ - |
| 117 | NewAge S.R.L. (Bolivia) | Morinda, Inc. | Licensing and Sales Intercompany Agreement | $ - |
| 118 | NewAge S.R.L. (Bolivia) | Morinda, Inc. | Management Services Intercompany Agreement | $ - |
| 119 | NewAge S.R.L. (Bolivia) | Morinda, Inc. | Sales and Distribution Intercompany Agreement | $ - |
| 120 | NewAge S.R.L. (Bolivia) | Morinda, Inc. | Trademark Licensing Intercompany Agreement | $ - |
| 121 | Nihon Kolmar Co. Ltd. | Morinda, Inc. | General Terms & Conditions Memorandum of Agreement | $ - |
| 122 | NTT America, Inc. | Morinda, Inc. | Master Services Agreement | $ 11,534.25 |
| 123 | Oracle America, Inc. | Morinda, Inc. | Master Agreement and other agreements | $ - |
| 124 | Team Eagle Logistics, Inc. | Morinda, Inc. | Shipper-Broker Agreement | $ - |
| 125 | UPS Professional Services, Inc. | Morinda, Inc. | Client Agreement | $ - |
| 126 | Vu Tuan Anh | Morinda, Inc. | Labor Contract | $ - |
| 127 | Wordpress | Morinda, Inc. | Annual Service/Support Contract | $ - |
| 128 | Amazon Internet Services Private Limited | NewAge, Inc. | Amazon Internet Services Private Limited | $ - |
| 129 | AMAZON.COM, INC. | NewAge, Inc. | Cloud Services Customer Agreement | $111,732.30 |
| 130 | Baker McKenzie, LLP | NewAge, Inc. | Engagement Agreement | $ - |
| 131 | Barretto Pacific Corporation | NewAge, Inc. | Services Agreement | $ - |
| 132 | BCI Global | NewAge, Inc. | Engagement Agreement | $ - |
| 133 | Booyah Advertising | NewAge, Inc. | Services Agreement | $ - |
| 134 | ButterCMS, LLC | NewAge, Inc. | SAAS Services Agreement | $ - |
| 135 | Citrin Cooperman & Company LLP | NewAge, Inc. | Engagement Agreement | $ - |
| 136 | Computer Forensic Services, Inc. | NewAge, Inc. | Contract for Forensic Services | $ - |
| 137 | Consort Partners Inc | NewAge, Inc. | US Public Relations Consultancy Agreement | $ - |
| 138 | Courtney Cavanaugh | NewAge, Inc. | Photograph, Video, and Publicity Consent and Release | $ - |
| 139 | Craig Du Bruyn | NewAge, Inc. | Independent Contractor Agreement | $ - |
| 140 | Dickinson Wright, PLLC | NewAge, Inc. | Engagement Agreement | $ - |
| 141 | Direct Selling Association | NewAge, Inc. | Membership Agreement | $ - |
| 142 | Direct Selling Global News Ltd | NewAge, Inc. | Service Agreement | $ - |
| 143 | Dr. Ray Strand | NewAge, Inc. | Consulting Agreement | $ - |
| 144 | East West Bank | NewAge, Inc. | Intellectual Property Security Agreement | $ - |
| 145 | East West Bank | NewAge, Inc. | Loan and Security Agreement | $ - |
| 146 | East West Bank | NewAge, Inc. | Pledge Agreement | $ - |
| 147 | East West Bank | NewAge, Inc. | Unconditional Guaranty | $ - |
| 148 | Elizabeth Dawes | NewAge, Inc. | Non-Competition Agreement | $ - |
| 149 | Environmental Research Center | NewAge, Inc. | Stipulated Consent Judgment | $ - |
| 150 | Heimspiele GmbH & Co. KG | NewAge, Inc. | Product Listing Agreement | $ - |
| 151 | Jeffrey Yates | NewAge, Inc. | Non-Competition Agreement | $ - |
| 152 | Kim & Chang | NewAge, Inc. | Engagement Agreement | $ - |
| 153 | LLC Morinda RUS | NewAge, Inc. | Management Services Intercompany Agreement | $ - |
| 154 | Manhattan Advertising & Media Law, Inc | NewAge, Inc. | Engagement Agreement | $ - |
| 155 | Morinda NewAge Nigeria Limited | NewAge, Inc. | Management Services Intercompany Agreement | $ - |
| 156 | NewAge Kazakhstan LLP | NewAge, Inc. | Management Services Intercompany Agreement | $ - |
| 157 | NewAge S.R.L (Bolivia) | NewAge, Inc. | Management Services Intercompany Agreement | $ - |
| 158 | Nexio Pay, LLC | NewAge, Inc. | Payment Processing Solutions Platform Agreement | $ - |
| 159 | Oracle America, Inc. | NewAge, Inc. | Master Agreement and other agreements | $ - |
| 160 | Patrick Redford | NewAge, Inc. | Non-Competition Agreement | $ - |
| 161 | PDR, LLC | NewAge, Inc. | Service Agreement | $ - |
| 162 | Peritux Compliance GmbH | NewAge, Inc. | Representation Agreement re DPO | $ - |
| 163 | Phil Lewis | NewAge, Inc. | Non-Competition Agreement | $ - |
| 164 | Planful, Inc. | NewAge, Inc. | SAAS Services Agreement | $ - |

| # | Counterparty | Debtor Counterparty | Description of Contract or Lease | Cure Amount |
|---|---|---|---|---|
| 165 | Plante & Moran, PLLC | NewAge, Inc. | Engagement Agreement | $ - |
| 166 | Project CBD | NewAge, Inc. | Sponsorship Agreement | $ - |
| 167 | Pulse, LLC | NewAge, Inc. | Asset Purchase Agreement | $ - |
| 168 | Pulse, LLC | NewAge, Inc. | Asset Purchase Agreement | $ - |
| 169 | Red Points Solutions, S.L. | NewAge, Inc. | Master Services Agreement | $ - |
| 170 | Russell Kennedy | NewAge, Inc. | Engagement Agreement | $ - |
| 171 | Scott Schwendiman | NewAge, Inc. | Non-Competition Agreement | $ - |
| 172 | Sheppard Mullin Richter & Hampton, LLP | NewAge, Inc. | Engagement Agreement | $ - |
| 173 | Sidley Austin LLP | NewAge, Inc. | Engagement Agreement | $ - |
| 174 | Silverwood Partners, LLC | NewAge, Inc. | Engagement Agreement | $ - |
| 175 | Stoel Rives LLP | NewAge, Inc. | Engagement Agreement | $ - |
| 176 | Talkdesk, Inc. | NewAge, Inc. | Master Subscription Agreement | $ 29,332.50 |
| 177 | The Odonata Agency | NewAge, Inc. | Service Provider Agreement | $ - |
| 178 | Trovata, Inc. | NewAge, Inc. | SAAS Services Agreement | $ - |
| 179 | Verb Technology Company, Inc. | NewAge, Inc. | Application Subscription Agreement | $ - |
| 180 | | | | |
| 181 | Oracle America, Inc. | NewAge, Inc. | Technical Support Services Renewal Order | $ - |
| 182 | Oracle America, Inc. | NewAge, Inc. | Technical Support Services Renewal Order | $ - |
| 183 | Oracle America, Inc. | NewAge, Inc. | Technical Support Services Renewal Order | $ - |