**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: | Chapter 11 case |
|---|---|
| NEWAGE, INC., *et al.*,[1] | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref Docket No. ____** |

**ORDER GRANTING MOTION TO RECOGNIZE MODIFICATION OF DEBTOR'S SCHEDULE OF CONTRACTS AND UNEXPIRED LEASES SUBJECT TO ASSUMPTION AND ASSIGNMENT**

This case is before this Court on the Motion to Recognize Modification of Debtor's Schedule of Contracts and Unexpired Leases Subject to Assumption and Assignment ("Motion")[2] filed by DIP Financing, LLC and EYWA LLC ("EYWA") (collectively, "Purchaser"). It appearing proper notice was given to all affected parties, including the Debtor, the Committee of Unsecured Creditors, the Office of the United States Trustee, and WICP MT TECH 4, LLC (the counter-party to the Lease at issue in the Motion), and this Court being fully advised of the premises, it is hereby

**ORDERED**

1. The Motion is hereby GRANTED.

2. The pre-Effective Date modification of the Debtor's Schedule of Executory Contracts and Unexpired Leases Subject to Assumption and Assignment (as appended to the Motion), to remove the commercial Lease between NewAge, Inc. and WICP MT TECH 4, LLC, is approved.

[1] The last four (4) digits of each of the Debtors' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188) (collectively, the "Debtors"). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion

3. Accordingly, pursuant to this Court order confirming the Debtor's Chapter 11 Plan, and the Chapter 11 Plan appended thereto, such Lease shall be rejected as of the Effective Date of the Plan.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.