**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 case |
| NEWAGE, INC., *et al.*,[1] | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline:  April 21, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date:  To Be Determined** |

**NOTICE OF HEARING ON PURCHASER'S MOTION TO RECOGNIZE
MODIFICATION OF DEBTORS' SCHEDULE OF CONTRACTS AND UNEXPIRED
LEASES SUBJECT TO ASSUMPTION AND ASSIGNMENT**

**PLEASE TAKE NOTICE** that DIP Financing, LLC and EYWA LLC

("EYWA") (collectively, "Purchaser"), along with entities conveyed as part of the Purchaser's

purchase and sale of assets and operating entities (collectively, the "Operating Parties") filed the

foregoing *Purchaser's Motion to Recognize Modification of Debtors' Schedule of Contracts and*

*Unexpired Leases Subject to Assumption and Assignment* (the "Motion") with the United States

Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington,

Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to entry of

an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court

and served upon and received by the undersigned counsel on or before on **April 21, 2023 at**

**4:00 p.m. (Prevailing Eastern Time).**  IF YOU FAIL TO RESPOND IN ACCORDANCE

WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE

MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four (4) digits of each of the Debtors' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188) (collectively, the "Debtors"). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, on **a date to be determined**.

Dated:  April 7, 2023

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Steven W. Golden*
    Steven W. Golden (DE Bar No. 6807)
    919 N. Market Street, 17th Floor
    Wilmington, DE 19801
    Tel: (302) 652-4100
    Facsimile: (302) 652-4400
    sgolden@pszjlaw.com

**SHUMAKER, LOOP & KENDRICK, LLP**

By:   */s/ Steven M. Berman, Esq.*
    Steven M. Berman, Esq.
    Fla. Bar No.: 856290
    sberman@shumaker.com
    bgasaway@shumaker.com
    101 E. Kennedy Blvd., Suite 2800
    Tampa, Florida 33602
    Phone: (813) 229-7600

*Counsel for the Movants*