# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 case |
| NEWAGE, INC., *et al.*,[1] | Case No. 22-10819 (LSS) |
| Debtors. | (Jointly Administered) |
| | Related to Docket No. 610<br>**Objection Deadline: April 21, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: May 3, 2023 at 10:00 a.m. (ET)** |

## AMENDED NOTICE OF HEARING ON PURCHASER'S MOTION TO RECOGNIZE MODIFICATION OF DEBTORS' SCHEDULE OF CONTRACTS AND UNEXPIRED LEASES SUBJECT TO ASSUMPTION AND ASSIGNMENT

**PLEASE TAKE NOTICE** that on April 7, 2023, DIP Financing, LLC and EYWA LLC ("EYWA") (collectively, "Purchaser"), along with entities conveyed as part of the Purchaser's purchase and sale of assets and operating entities (collectively, the "Operating Parties") filed the foregoing *Purchaser's Motion to Recognize Modification of Debtors' Schedule of Contracts and Unexpired Leases Subject to Assumption and Assignment* [Docket No. 610] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court and served upon and received by the undersigned counsel on or before on **April 21, 2023 at 4:00 p.m. (Prevailing Eastern Time).** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS AMENDED NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The last four (4) digits of each of the Debtors' federal tax identification number are NewAge, Inc., (2263), Ariix LLC (9011), Morinda Holdings, Inc. (9756), and Morinda, Inc. (9188) (collectively, the "Debtors"). The Debtors' address is 7158 S. FLSmidth Dr., Suite 250, Midvale, Utah 84047.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801, on **May 3, 2023 at 10:00 a.m. (Prevailing Eastern Time)**.

Dated:  April 18, 2023

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Steven W. Golden*
Steven W. Golden (DE Bar No. 6807)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100
Facsimile: (302) 652-4400
sgolden@pszjlaw.com

**SHUMAKER, LOOP & KENDRICK, LLP**

By:  */s/ Steven M. Berman, Esq.*
Steven M. Berman, Esq.
Fla. Bar No.: 856290
sberman@shumaker.com
bgasaway@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone: (813) 229-7600

*Counsel for the Movants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2023, the foregoing has been furnished electronically to all parties receiving notice via CM/ECF and the following:

WICP MT TECH 4, LLC
c/o Mark Weldon, Registered Agent
PO Box 631
Pleasant Grove, UT 84062

WICP MT TECH 4, LLC
2642 W 400 N, Suite 500
Lindon, UT 84042

Michael F. Thomson
Carson Heninger
Peggy Hunt
Annette W. Jarvis
Greenberg Traurig LLP
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
*For the Debtor*

Seth Van Aalten
Sarah A. Carnes
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
*For the Official Committee of Unsecured Creditors*

Alison Elko Franklin
Greenberg Traurig, LLP
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
*For the Debtor*

Justin R. Alberto
Jack M. Dougherty
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
*For the Official Committee of Unsecured Creditors*

Anthony W. Clark
Dennis A. Meloro
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*For the Debtor*

John Henry Schanne, II
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
*For the United States Trustee*

*/s/ Steven W. Golden*
Steven W. Golden (DE Bar No. 6807)